UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAMAR BROWN,
                              Plaintiff,

                        22 Civ. 9088 (LGS)

-against-

                        ORDER

PUZZLE WAREHOUSE, LLC,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 29, 2022, required the parties to file a proposed case management plan and joint letter by January 4, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for January 11, 2023, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **January 9, 2023, at 12:00 P.M.**

Dated: January 6, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**