UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                   :
LAMAR BROWN,                                  :
                            Plaintiff,       :
                                                   :           22 Civ. 9088 (LGS)
                    -against-                          :
                                                   :           <u>ORDER</u>
PUZZLE WAREHOUSE, LLC,                :
                            Defendant.    :
                                                   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated January 9, 2023, required the parties to file a status letter on March 21, 2023, as outlined in Individual Rule IV.A.2;

       WHEREAS, the parties failed to submit the letter.  It is hereby

       **ORDERED** that, by **March 27, 2023**, the parties shall file the status letter.

Dated: March 23, 2023
       New York, New York

                                                       **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**